IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ATLANTA POSTAL CREDIT UNION, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION FILE NO. 1:16-CV-04360-LMM |
| ALVIN JOHNSON, ELMO TURNER, FELIPE WILLIAMS, NIKKE WOOD, MARQUEZ ISAAC, DERRICK WILLIAMS, | | |
| Defendants. | | |

## CONSENT JUDGMENT AS TO NIKKE WOOD ONLY

By agreement between the parties, Plaintiff Atlanta Postal Credit Union (hereinafter "Plaintiff") and Defendant Nikke Wood (hereinafter "Defendant"), the following is made the Judgment of this Court:

1.

Plaintiff shall have judgment in its favor on Count V – Breach of Contract of its Complaint against Defendant in the amount of $20,566.64. Plaintiff's other claims against Defendant are dismissed **without** prejudice.

2.

Defendant shall make monthly partial payments of $400.00 beginning on or before August 15, 2017, and continuing on or before the 15th of every subsequent month until the balance of this Consent Judgment is paid in full. If the 15th day of

any month falls upon a holiday and/or weekend, the next business day shall be the due date. Time is of the essence in this Consent Judgment.

3.

All payments shall be made payable to "Atlanta Postal Credit Union." All payments shall be sent to:

>Aaron M. Kappler
>Thompson, O'Brien, Kemp & Nasuti, P.C.
>40 Technology Parkway South, Suite 300
>Norcross, GA 30319

4.

Upon the expiration of Ninety-one (91) days after the receipt and clearing of the sum of $20,566.64 by Plaintiff, Plaintiff fully releases and discharges Defendant of all claims, civilly or criminally, held by Plaintiff in association with the instant action, CAF NO. 1:16-CV-04360-LMM.

5.

Provided Defendant pays timely and according to the terms stated herein, Plaintiff will not take any measures to cause prosecution or to prosecute, directly or indirectly, any claim, whether civil or criminal, including but not limited to: execution on this judgment, levy, garnishment, and/or post-judgment discovery. Immediately upon default, Plaintiff may request the Clerk of this Court, and the Clerk of this Court shall issue instanter upon such request, a Writ of Execution and/or other execution on this Consent Judgment and Plaintiff shall be entitled to

record such Writ of Execution and/or other execution in such county or counties that Plaintiff chooses, in its sole and absolute discretion. If Defendant fails to pay timely and according to the terms herein, Plaintiff may take any and all steps to enforce and/or collect on this Consent Judgment, as provided by law or equity.

It is hereby ORDERED, ADJUDGED, & DECREED this the 4th day of August, 2017.

_____
The Hon. Leigh Martin May, Judge
Northern District of Georgia
United States District Court

[*Execution follows*]

**Agreed, Authorized & Consented to By**:

_____
Aaron M. Kappler
Georgia Bar No. 272533
Attorney for Plaintiff

**Agreed, Authorized, & Consented to By**:

x Nikke Wood
_____
Nikke Wood
Defendant *Pro Se*

The Defendant, Nikke Wood, has Sworn to and Subscribed before me this the 2 day of ~~July~~ August, 2017.

Heather C. Grice
_____
Notary Public, My Commission Expires: 11/7/20

Heather C. Grice
NOTARY PUBLIC
DeKalb County, GEORGIA
My Comm. Expires 11/07/2020

**Agreed, Authorized, & Consented to By**:

_____
Jennifer L. Little
Georgia Bar No. 141596
Attorney for Nikke Wood